**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAVID TREECE and ROBYN TREECE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| MERCHANTS CREDIT, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

## INTRODUCTION

1. Plaintiffs, David Treece and Robyn Treece, bring this action to secure redress from unlawful credit and collection practices engaged in by defendant Merchants Credit, LLC. Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and the use of any false or deceptive statements in connection with debt collection attempts. It also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

3. In enacting the FDCPA, Congress found that: "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy." 15 U.S.C. §1692(a).

4. Because of this, courts have held that "the FDCPA's legislative intent emphasizes the need to construe the statute broadly, so that we may protect consumers against debt collectors' harassing conduct." and that "[t]his intent cannot be underestimated." *Ramirez v. Apex Financial Management LLC*, 567 F.Supp.2d 1035, 1042 (N.D.Ill. 2008).

5. The FDCPA encourages consumers to act as "private attorneys general" to

enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC*, 259 F.3d 662, 666 (7th Cir. 2001).

6. Plaintiffs seek to enforce those policies and civil rights which are expressed through the FDCPA, 15 U.S.C. §1692 *et seq*.

## JURISDICTION AND VENUE

7. This Court has jurisdiction under 28 U.S.C. §§1331 and 1337 and 15 U.S.C. §1692k(d).

8. Venue and personal jurisdiction are proper because:

a. Defendant is located in this District.

b. Defendant's collection practices impacted plaintiffs in this District.

## PARTIES

9. Plaintiffs, David Treece and Robyn Treece, are individuals who reside in Jackson County, Illinois.

10. Defendant, Merchants Credit, LLC, is an Illinois limited liability company with offices at 1322 State Hwy 37, West Frankfort, IL 62896.

11. Defendant operates a collection agency. It states on its web site, "We are your trusted collection agency providing fast and reliable services." (www.merchantscreditil.com)

12. Defendant uses the mails and telephone system in conducting business.

13. Defendant is licensed as a collection agency by the Illinois Department of Financial and Professional Regulation.

14. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

## FACTS

15. Plaintiff, David Treece, has been married to plaintiff, Robyn Treece, since October 2015.

16. Robyn Treece has a daughter by a prior marriage, Emilee Brendenbach.

17. At some point prior to Robyn Treece's marriage to David Treece, Emilee

Brendenbach, then a dependent minor child about 15-16 years old, obtained medical services.

18. Any such medical services were for personal purposes and not business purposes.

19. In 2016, Defendant attempted to collect payment for those medical services.

20. Between November 1 and November 5, 2016, defendant called David Treece at a phone number listed for David Treece's business.

21. During at least one phone call placed to David Treece, defendant stated that David Treece was responsible for the medical bills of Emilee Brendenbach.

22. Such representation was false as David Treece is not responsible for such bills.

23. Sometime thereafter, Robyn Treece called defendant back from David Treece's business phone.

24. Defendant stated to Robyn Treece that "If you would answer your phone we wouldn't need to call your new husband," and that "you're going to pay the bill one way or another."

25. Beginning sometime in late July or early August, 2016 defendant called Robyn Treece's mother Dorothy Westry demanding to know how to get in touch with Robyn Treece.

26. Defendant called Dorothy Westry on at least 5 separate occasions during the course of a two-week period.

27. On information and belief, defendant was well aware of Robyn Treece's location.

28. Dorothy Westry stated that she did not wish to speak to defendant's representative.

29. Defendant insisted on calling Dorothy Westry repeatedly in the hope of pressuring Robyn Treece to pay the debt.

30. Plaintiffs were harassed, aggravated and embarrassed by the communications.

**COUNT I – FDCPA**

31. Plaintiffs incorporate paragraphs 1-30.

32. Defendant violated 15 U.S.C. §§1692e, 1692e(2) and 1692e(10) with respect to

David Treece by representing that he was liable for Emilee Brendenbach's medical bills.

33. Defendant violated 15 U.S.C. §§1692e, 1692e(2) and 1692e(10) with respect to Robyn Treece by (a) representing that her new husband David was liable for Emilee Brendenbach's medical bills as means of coercing her to pay and (b) repeatedly calling her mother, Dorothy Westry, for the purpose of coercing Robyn to pay.

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendant for:

i. Statutory damages;

ii. Actual damages;

iii. Attorney's fees, litigation expenses and costs of suit;

iv. Such other and further relief as the Court deems proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
Francis M. Greene
Sarah M. Barnes
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

Scott Hendricks
ALLEMAN LAW FIRM P.C.
310 East Main Street
Carbondale, Illinois 62901
(618) 319-4408

T:\33483\Pleading\Complaint_Pleading.wpd

**VERIFICATION**

The undersigned declares under penalty of perjury, as provided for by 28 U.S.C. §1746, that the facts stated in the foregoing complaint are true to the best of the undersigned's knowledge and belief.

David Treece

**VERIFICATION**

The undersigned declares under penalty of perjury, as provided for by 28 U.S.C. §1746, that the facts stated in the foregoing complaint are true to the best of the undersigned's knowledge and belief.

Robyn Treece

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## DOCUMENT PRESERVATION DEMAND

Plaintiffs hereby demand that defendant take affirmative steps to preserve all recordings, computer records, data, documents, and all other tangible things that relate to plaintiffs, the use of defendant's payment website, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiffs demand that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

s/Daniel A. Edelman
Daniel A. Edelman

T:\33483\Pleading\Complaint_Pleading.wpd