**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DAVID TREECE and ROBYN TREECE, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:17-cv-341-JPG-DGW |
| | ) | |
| | ) | Judge: J. Phil Gilbert |
| | ) | |
| vs. | ) | Magistrate Judge: Donald G. Wilkerson |
| | ) | |
| MERCHANTS CREDIT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DIMSISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant Merchants Credit, LLC hereby stipulate to the dismissal of this action with prejudice as between these parties, which each to bear its own costs and fees. This hereby concludes the entire case.

Respectfully submitted,

**ROBYN TREECE**


By:

/s/ Francis R. Greene                           By: /s/ Alfred E. Sanders Jr. (With Consent)
   One of Their Attorneys                    One of Its Attorneys

Daniel A. Edelman                              Sanders & Associates
Cathleen M. Combs                              4503 W. DeYoung, Suite A
James O. Latturner                             Marion, IL 62959
Francis R. Greene                              (618) 993-8200
Patricia N. Jjemba                             (618) 993-8220 Fax
EDELMAN, COMBS, LATTURNER                       IL Bar #6230188
& GOODWIN, LLC                                 asanders2@frontier.com
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Francis R. Greene, hereby certify that on February 5, 2018, a true an accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notification to all counsel of record.


/s/ Francis R. Greene
Francis R. Greene